No. 959. WANLESS IRON CO. *v.* COMMISSIONER OF INTERNAL REVENUE. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. A. L. Agatin* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman, Mr. J. Louis Monarch,* and *Miss Louise Foster* for respondent.

No. 962. MILLEN ET AL. *v.* MASSACHUSETTS; and

No. 963. FABER *v.* SAME. June 3, 1935. Petitions for writs of certiorari to the Superior Court in and for the County of Norfolk, Massachusetts, denied. *Mr. George Stanley Harvey* for Millen et al. *Mr. Maurice Palais* for Faber. *Mr. Henry P. Fielding* for respondent.

No. 968. ATLANTIC COAST LINE RAILROAD CO. *v.* CLAUGHTON. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. E. Kay* for petitioner. *Mr. Donald C. McMullen* for respondent.

No. 969. LELY *v.* KALINOGLU. June 3, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. George C. Vournas, Hugh Reid,* and *W. Cameron Burton* for petitioner. *Mr. George C. Gertman* for respondent.

No. 1002. WHEELER *v.* UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Lin William Price* for petitioner. No appearance for the United States.